IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM NIEHOFF | : | CIVIL ACTION |
| v. | : | |
| SPS TECHNOLOGIES, INC. | : | NO. 16-3301 |

<u>ORDER</u>

AND NOW, this 10th day of November, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant SPS Technologies to dismiss the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                                J.